**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-CV-24452-RAR**

**BUD PRATT WILLIAMS**,

    Plaintiff,

v.

**FEDERAL BUREAU OF PRISONS**,

    Defendant.
_____/

## ORDER TRANSFERRING CASE

**THIS CAUSE** came before the Court upon Plaintiff's *pro se* civil rights Complaint. *See* Complaint [ECF No. 1]. In the Complaint, Plaintiff describes events that transpired at "FCI Gilmer." *Id.* at 2, 4. FCI Gilmer is in Gilmer, West Virginia and is located within the Northern District of West Virginia. *See* 28 U.S.C. § 129. Because the events at issue transpired in Gilmer, West Virginia—and all defendants likely reside in Gilmer, West Virginia—the proper venue here is the Northern District of West Virginia.[1] Accordingly, it is

**ORDERED AND ADJUDGED** that this case be **TRANSFERRED** to the Northern District of West Virginia for further proceedings. The Clerk is hereby **INSTRUCTED** to **TRANSFER** this case to the Northern District of West Virginia and, therefore, **CLOSE** this case. All pending motions are thus **TERMINATED** in this case and are to be resolved by the Northern District of West Virginia.

---

[1] "A civil action may be brought in . . . a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located" or "a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated[.]" 28 U.S.C. § 1391.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 29th day of December, 2021.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**

cc:     Bud Pratt Williams, *pro se*