IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG

**BUD PRATT WILLIAMS,**

    **Plaintiff,**

v.                                                 **CIVIL ACTION No. 3:22-CV-1 (GROH)**

**FEDERAL BUREAU OF PRISONS,**

    **Defendant.**

## ORDER DISMISSING CASE WITHOUT PREJUDICE

On March 14, 2022, the *pro se* Plaintiff, filed a letter that the Court construes as a voluntary motion to dismiss his case. ECF No. 10. Plaintiff avers that he would like to "withdraw his motion" in this Civil Action until he exhausts all available administrative remedies. Id.

Accordingly, it is **ORDERED** that 3:22-CV-1 is hereby **DISMISSED WITHOUT PREJUDICE** and retired from the docket of this Court.

The Clerk of the Court is **DIRECTED** to mail a copy of this Order to Plaintiff by certified mail, return receipt requested, to his last known address as reflected on the docket sheet.

**DATED**: March 17, 2022

*/s/ Gina M. Groh*
GINA M. GROH
CHIEF UNITED STATES DISTRICT JUDGE